UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Brian Mallgren
    petitioner

UNITED NATIONS
UNITED STATES
NEW YORK
WASHINGTON
DISTRICT OF COLUMBIA
NEW MEXICO
FLORIDA
    respondent

COMPLAINT

JURISDICTION
28 U.S. Code § 1332 - Diversity of citizenship

PARTIES
Anthony Brian Mallgren
1279 Mull Street
Jacksonville, FL 32205

UNITED NATIONS
760 United Nations Plaza
New York, NY 10017

BACKGROUND
1. Anthony Brian Mallgren, petitioner, ("Mallgren") has undergone repeated community transgression aligning to Social Security Administration entitlements ("Entitlement Damage").
2. Entitlement Damage include denial of vocational rehabilitation, in at least 3 states and 1 district ("Government Education Atrophy").
3. Entitlement Damage include protected date offset and delayed processing of disability insurance ("Citizen Atrophy").
4. Entitlement Damage include excessive and unnecessary process requirements for the processing of an overpayment waiver ("Process Atrophy").
5. It seems the UNITED STATES, of respondent, is looking to the discrete states, to execute "Self Atrophy" (made up partly of Government Education Atrophy, Citizen Atrophy, and Process Atrophy) in seemingly self destructive behavior.

6. The UNITED STATES, of respondent, more specifically, NEW YORK, of respondent, hosts the UNITED NATIONS, of respondent, headquarters ("Specific Performance Purview").
7. The UNITED NATIONS, of respondent, is seemingly being used by the UNITED STATES, of respondent, to usurp control to offset international atrophy unto Self Atrophy by mediating conflict ("Entitlement Damage Induction").
8. In executing Entitlement Damage Induction, the UNITED STATES, of respondent, is requiring state identification to prove residency in obtaining federal benefits ("REAL ID").
9. Per REAL ID requirements, Mallgren has obtained identification documents from multiple states, and actively engages multiple states in obtaining federal benefit.
10. Additionally, Mallgren has found utilizing multiple state identification documents useful.

RELIEF
11. Resolve Entitlement Damage.
12. Rehabilitation.
13. Expedited payout of the full value of disability insurance, taking into consideration Citizen Atrophy and Process Atrophy.
14. Repeal CFR Title 6 Chapter I Part 37 Subpart B § 37.29.
15. Process improvement for lessening state burden in obtaining federal benefit.
16. Direction of UNITED NATIONS, of respondent, member states, to abstain from any activities that may have a negative impact.
17. Direction of UNITED NATIONS, of respondent, member states, to take any action in effecting potential amelioration.

/s/Anthony Brian Mallgren
15 Muharram 1447 AH